# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v | : | 3:CR-16-156 |
| **SEAN E. JELEN** | : | (Judge Mannion) |
| **Defendant** | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED:**

Defendant Jelen's objections to the Preliminary Order of Forfeiture, (Doc. 109), as well as his amendment, (Doc. 111), and supplement, (Doc. 123), are **DENIED** for lack of jurisdiction.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 20, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2016 CRIMINAL MEMORANDA\16-156-01-ORDER.wpd