# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN E. JELEN, | : | |
| Petitioner | : | 3-CR-16-156 |
| v. | : | (JUDGE MANNION) |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED:**

Petitioner Jelen's §2255 motion, **(Doc. 165),** is **DISMISSED WITHOUT PREJUDICE** to his right to timely file a §2255 motion when his appeal to the Third Circuit, and any subsequent direct appeals, are decided. Petitioner Jelen's motion to stay, **(Doc. 166),** and his motion to proceed *in forma pauperis*, **(Doc.167)**, are **DENIED AS MOOT**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 29, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2016 CRIMINAL MEMORANDA\16-156-03-ORDER.wpd