# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | 3-CR-16-156 |
| v. | : | |
| | : | (JUDGE MANNION) |
| **SEAN E. JELEN,** | : | |
| **Defendant** | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED:**

Defendant Jelen's motion to withdraw his guilty plea, **(Doc. 120)**, is **DISMISSED WITHOUT PREJUDICE** to the timely filing of a §2255 motion after his pending direct appeal to the Third Circuit has been decided. Defendant Jelen's request for a hearing regarding his motion is **DENIED AS MOOT**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 29, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2016 CRIMINAL MEMORANDA\16-156-04-ORDER.wpd