# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 3-CR-16-156 |
| v. | : | |
| | : | (JUDGE MANNION) |
| SEAN E. JELEN, | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED:**

**(1)** Defendant Jelen's motion to recuse the undersigned Judge, **(Doc. 140)**, is **DENIED**.

**(2)** Defendant Jelen's motion regarding his objections to the forfeiture, **(Doc. 180)**, is **DENIED AS MOOT**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 29, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2016 CRIMINAL MEMORANDA\16-156-05-ORDER.wpd