UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>SEAN E. JELEN,<br><br>   Defendant. | CIVIL ACTION NO. 3:16-CR-00156<br><br>(MANNION, J.)<br>(MEHALCHICK, M.J.) |

**ORDER**

AND NOW, this 3rd day of January, 2023, for the reasons set forth in the Memorandum filed concurrently with this Order, Defendant's objections to this writ of continuing garnishment are **OVERRULED**, and Defendant and the garnishee are **ORDERED** to comply with the writ of continuing garnishment issued on August 17, 2022 (Doc. 246) pending further Order of Court.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**